# No Certification of Intent to Cure filed by Debtor.

FinMgt

## U.S. Bankruptcy Court
### Western District of North Carolina (Charlotte)
### Bankruptcy Petition #: 23-30299

*Assigned to:* J. Craig Whitley
Chapter 7
Voluntary
No asset

*Date filed:* 05/05/2023
*341 meeting:* 06/14/2023
*Deadline for objecting to discharge:* 08/14/2023

*Debtor*
**Carie M Carlson**
11529 Turn Stone Court
Charlotte, NC 28226-3986
MECKLENBURG-NC
SSN / ITIN: xxx-xx-4024
*aka* **Carie Michelle Carlson**
*aka* **Carie Carlson**

represented by **Christopher Damon Layton**
The Layton Law Firm, PLLC
1001 East Boulevard
Suite B
Charlotte, NC 28203
704-749-7747
Fax : 704-612-7039
Email: chris@thelaytonlawfirm.com

*Trustee*
**Heather Culp**
1701 South Blvd
Charlotte, NC 28203
704 377 4300

| Filing Date | # | Docket Text |
|---|---|---|
| 05/05/2023 | 1 | Voluntary Petition Under Chapter 7 - Filing Fee Amount $ 338 (Layton, Christopher) (Entered: 05/05/2023) |
| 05/05/2023 |  | Receipt of Filing Fee for Voluntary Petition Under Chapter 7( 23-30299) [misc,volp7] ( 338.00). Receipt number A9548583, amount $ 338.00. (U.S. Treasury) (Entered: 05/05/2023) |
| 05/05/2023 | 2 | Certificate of Credit Counseling filed by Christopher Damon Layton on behalf of Carie M Carlson. (Layton, Christopher) (Entered: 05/05/2023) |
| 05/05/2023 | 3 | Court Notice of Deficient Filing (RE: related document(s)1 Voluntary Petition Under Chapter 7 filed by Debtor Carie M Carlson). (cet) (Entered: 05/05/2023) |
| 05/05/2023 | 4 | First Meeting of Creditors with 341(a) meeting to be held on 6/14/2023 at 10:00 AM at Zoom 341 Meeting. Last day to oppose discharge or dischargeability is 8/14/2023. (Auto341) (Entered: 05/05/2023) |
| 05/07/2023 | 5 | BNC Certificate of Mailing (RE: related document(s)4 First Meeting (Chapter 7)). No. of Notices: 33. Notice Date 05/07/2023. (Admin.) (Entered: 05/08/2023) |

| | | |
|---|---|---|
| 05/18/2023 | 6 | Ex Parte Motion to Extend Time to file Missing Schedules and Statements. filed by Christopher Damon Layton on behalf of Carie M Carlson. (Layton, Christopher) (Entered: 05/18/2023) |
| 05/19/2023 | 7 | Order Granting Motion To Extend Time to file Missing Schedules and Statements by (Related Doc # 6) Schedule A/B due 5/26/2023. Schedule C due 5/26/2023. Schedule D due 5/26/2023.Schedule E/F due5/26/2023. Schedule G due 5/26/2023. Schedule H due 5/26/2023. Schedule I due 5/26/2023. Schedule J due 5/26/2023. 106/206: Summary of schedules/Statistical Summary due 5/26/2023. Statement of Financial Affairs due 5/26/2023. Statement of Intent due 5/26/2023, Declaration due 5/26/2023 Atty Disclosure Statement due 5/26/2023. Statement of Income due by 5/26/2023 (cet) (Entered: 05/19/2023) |
| 05/26/2023 | 8 | Means Test Exemption, Statement of Income, Attorney Disclosure Statement, Declaration, Statement of Intent, Statement of Financial Affairs, 106/206 Summary, Schedule J, Schedule I, Schedule H, Schedule G, Schedule E/F, Schedule D, Schedule C, Schedule A/B (RE: related document(s)7 Order on Motion to Extend) filed by Christopher Damon Layton on behalf of Carie M Carlson. (Layton, Christopher) Modified on 5/30/2023 (cet). CORRECTIVE ENTRY: Changed to Include Form 101A. (Entered: 05/26/2023) |
| 05/30/2023 | 9 | Certification of Intent to Cure Entire Monetary Default for Residential Property and Deposit of 30 Day Post Petition Rent amount . Property Judgment due by 6/5/2023. (cet) (Entered: 05/30/2023) |



CERTIFIED TO BE A TRUE AND
CORRECT COPY OF THE ORIGINAL

JUN - 8 2023

U.S. Bankruptcy Court
Western District of North Carolina
By: _____
Deputy Clerk